CORA G. RYON, as Administratrix of the Estate of HEN-
DERSON GAYLORD, Deceased, Respondent, *v.* HANNAH P.
GIBSON, Individually and as Executrix of JUDSON A.
GIBSON, Deceased, Appellant.

*Ryon* v. *Gibson*, 158 App. Div. 895, affirmed.
(Argued January 18, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered July 22, 1913, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term in an action to recover upon certain promis-
sory notes and for money loaned.

*Friend H. Miller* for appellant.

*Richard H. Thurston* and *Thomas F. Fennell* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE,
CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.